I. TANENBAUM SON & Co., Respondent, v. C. LUDWIG BAUMANN & Co., BROOK-LYN, Sued Herein as C. LUDWIG BAUMANN & Co., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J.,. Merrell, McAvoy, Sherman and Townley, JJ.

THE PICTORIAL REVIEW COMPANY, Respondent, v. NEW YORK EMPLOYING PRINTERS ASSOCIATION, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

HERMAN F. M. MUTZENBECHER and Others, Appellants, v. SUMNER BALLARD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

RAY W. HEALEY, Respondent, v. L'URBAINE FIRE INSURANCE COMPANY OF PARIS, FRANCE, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID RUDA, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

ROBERT F. CUYKENDALL, Appellant, v. FRED C. SCOTT and Others, Respondents. — Order affirmed, with costs to the respondents. No opinion. Present — Finch, P. J., Merrell, McAvoy and Sherman, JJ.

In the Matter of the Judicial Settlement of Account of Proceedings of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee of the Trust for the Benefit of JOSEPHINE N. EICKE, under the Last Will and Testament of FREDERICK SCHAEFER, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

BEATRICE WEISMAN and Another, Respondents, v. LOUIS W. WOLFSOHN, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

BERTRAM F. STERN, Respondent, v. PREMIER SHIRT CORPORATION, a Domestic Corporation, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

MADELEINE DENNIS, as Administratrix, etc., of HUGH DENNIS, Deceased, Respondent, v. CARRIE TISHMAN and Others, Appellants, Impleaded with Others. — Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $47,029.43; in which event the judgment and order appealed from as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ. [141 Misc. 847.]

SAMUEL A. TELSEY, Respondent, v. CALVIN-MORRIS CORPORATION and Others, Defendants, Impleaded with HOEGGER, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Sherman and Townley, JJ.

ANNA M. SCHUMACHER, Respondent, v. GINSBURG NEWS COMPANY, INCOR-